BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR-S-06-071 KJM |
| Plaintiff, | |
| | ORDER GRANTING REQUEST FOR EXTENSION |
| v. | |
| RAY LEE CHESTANG, | |
| Defendant. | |

The defendant, proceeding pro se, filed a motion to reduce his sentence in light of the Fair Sentencing Act. Docket, # 60. Due to the undersigned's oversight, the government has yet to file a response. On June 29, 2012, this Court ordered the government to file any response by July 9, 2012. Docket, # 63.

Although the defendant may be entitled to relief, it appears there are at least some complicating factors concerning his original sentencing, including among other things his status as a career

1

offender.  The government requests a brief continuance so it may retrieve the file from archives and provide the Court with a more fully informed position on the matter.  In addition, the undersigned will be out of the office until July 9, 2012.  For all of the foregoing reasons, the government respectfully requests that it be given until Wednesday, July 18, 2012, to file any response to the motion.

DATED: June 30, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

The government shall file any response to the pending motion (Docket, # 60) on or before Wednesday, July 18, 2012.

**IT IS SO ORDERED.**

DATED:  July 2, 2012.

UNITED STATES DISTRICT JUDGE